

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

SEF
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2011

**Via Email and ECF**

H. Elliot Wales, Esq.
52 Riverside Drive
New York, NY 10024

      Re:  United States v. Peter Pace, Jr.
           Criminal Docket No. 11-0026 (JG)

Dear Mr. Wales:

    Enclosed pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find the criminal history report for Peter Pace, Jr. This disclosure supplements the government's prior Rule 16 disclosures.

    Please contact me if you have any questions or additional requests.

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

              By:   /s/Stephen E. Frank
                    Stephen E. Frank
                    Assistant U.S. Attorney
                    (718) 254-6143

Enclosure
cc: Clerk of the Court (JG) (w/o enclosure)