|  |  |
|---|---|
| **H. ELLIOT WALES** | LAW OFFICES<br>52 Riverside Drive<br>New York 10024-6501<br>212-980-2160<br>Fax 212-769-0054<br>Email elliotwales@aol.com |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 29 2011 ★

BROOKLYN OFFICE

March 23, 2011

Judge John Gleason
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    U.S. v. Peter Pace
           2011 CR/0026 (JG)
           <u>Release Order–Requested Modification</u>

Dear Judge Gleason:

    Peter Pace lives in Putnam County and is being supervised by the pre-trial office in White Plains (SDNY) in accordance with the release order of <u>this</u> Court.

    1.    The pre-trial office has <u>denied</u> Pace's request to be allowed to attend church services Sunday morning with his wife. For years he has regularly attended church services. For the past four weeks, Pace was confined to bed.

    2.    Pace has a 100 year-old grandfather who resides in Westchester County and is in failing health. I ask he be allowed to visit his grandfather when he is accompanied by his parents and/or his wife.

    3.    Pace is resuming supervision of sewer construction in Orange County in the Town of Tuxedo. The project extends into the Town of Sloatsburg and I request he be allowed to visit the construction site in Sloatsburg.

    4.    Pace requests permission to leave his home at 6:00 AM, <u>not</u> 7:00 AM as construction crews start very early in the morning.

    5.    Pace has a deck and a garden around his home. He asks permission to be on the deck and the garden—there are tasks to be done.

Judge John Gleason
March 23, 2010
Page 2


6.	Pace asks permission to eat at a <u>local</u> restaurant once a week with his wife.

Pace has been married 30 years; has two college sons and one high school son. He is slowly recovering from significant foot surgery and is still under the care of his Sloan-Kettering Hospital surgeon. He walks with a cane and slowly.

I remind the Court that one co-defendant was permitted to go the Caribbean with his girlfriend for five days and another co-defendant was permitted to go Miami.

Pace's requests are modest

The U.S. attorney takes <u>no position</u> on these requests.

								Sincerely,

To:	Stephen Frank, AUSA