

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MT
F.#2011R00013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2011

**Via FedEx and ECF**

Joseph R. Benfante, Esq.
225 Broadway
Suite 2700
New York, NY 10007

    Re:  United States v. Peter Pace, Jr.
           Criminal Docket No. 11-0026 (JG)

Dear Mr. Benfante:

    Enclosed please find supplemental discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Bates-stamped PACE 000000001 to 000000002.

    Please contact me if you have any questions or additional requests.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

    By:       /s/
         Stephen E. Frank
         Michael Tremonte
         Assistant U.S. Attorneys
         (718) 254-6143 / 6389

Enclosure
cc: Clerk of the Court (JG) (w/o enclosure)