**JOSEPH R. BENFANTE, P.C.**
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

January 16, 2012

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  U.S. v. Peter Pace
           11Cr.0026 (JG)

Dear Judge Gleeson:

    Pursuant to a telephone conversation on Friday, January 13, 2012, with Courtroom Deputy Ilene Lee and with the consent of Assistant United States Attorney Stephen Frank, I respectfully request that Peter Pace's sentencing be adjourned – from January 20, 2012 – until February 17, 2012 at 3:00 p.m.

    The reason for the adjournment request is that the undersigned attorney is awaiting an addendum from the probation department and further time is sought to prepare Mr. Pace's sentencing memorandum.

                                   Respectfully,

                                   JOSEPH R. BENFANTE

JRB/nb