# JOSEPH R. BENFANTE, P.C.
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

February 21, 2012

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Peter Pace
    11Cr.0026 (JG)

Dear Judge Gleeson:

In reference to defendant Peter Pace's present bail conditions, this letter is to respectfully request permission for Mr. Pace to attend his granddaughter's baptism. The baptism will be held at his local church, St. James, at 10:30 a.m., on February 26, 2012.

Immediately following, there will be a luncheon at Peter's son's home, which is located at 30 Holly Hill Road, Wingdale, New York 12594. It is respectfully requested that Mr. Pace be cleared until 5:30 p.m.

This request was consented to by Assistant United States Attorney Steven Frank. Pre-Trial Officer Leo Barrios has been notified.

Respectfully,

*Joseph R. Benfante*

JOSEPH R. BENFANTE

JRB/nb